## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3238 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Hyundai Construction Equipment U.S.A., Inc. Vs. Chris Johnson Equipment Inc. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: As to Count I, Hyundai's Motion for Summary Judgment is granted. Johnson's Motion for Summary Judgment is denied. As to Counts II, III, and IV, Johnson's Motions for Summary Judgment are granted. Hyundai's Motions for Summary Judgment are denied. As to Count V, Hyundai's Motion for Summary Judgment is granted. Johnson's Motion for Summary Judgment is denied. As to Count VI, Johnson's Motion for Summary Judgment is granted. Hyundai's Motion for Summary Judgment is denied. Hyundai to submit its Request for Relief by 9/17/2008. Johnson to respond by 9/24/2008.

■ [ For further detail see separate order(s).]Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|