# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3238 | **DATE** | 10/21/2008 |
| **CASE TITLE** | Hyundai Construction Equipment, U.S.A. vs. Chris Johnson Equipment, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: This Court **grants in part** and **denies in part** Hyundai's Request for Relief and Entry of Judgment. The Court rules as follows: (1) Orders Johnson to pay to Hyundai monetary damages in the amount of Johnson's net profit on the sale of the 23 machines; (2) Permanently restrains and enjoins Johnson and all of its agents, servants, employees, successors and assigns, and all persons or entities in active concert or participation with Johnson, from importing, selling, marketing, advertising, and purchasing from other than an authorized Hyundai dealer, "new," "brand new," "unused," "zero hours," or "slightly used" Hyundai heavy construction equipment, which are defined, as "a unit of heavy construction equipment that has not been operated in the field and/or operated less than 100 hours"; (3) Orders Johnson and all of its agents, servants, employees, successors and assigns, and all persons or entities in active concert or participation with Johnson, to deliver to Hyundai (or allow Hyundai to pick up), or destroy, any and all Hyundai gray market machines in Johnson's possession, custody, and control; and (4) Orders Johnson to pay to Hyundai its litigation costs, in the amount of $6,657.30, which includes filing and service fees, court reporter fees, and copying charges.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

|  | Courtroom Deputy Initials: | WAP |
|---|---|---|